UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jose L.M.S.,            Civil No. 26-474 (DWF/LIB)

       Petitioner,

v.            **ORDER**

Pamela Bondi, *in her official capacity as Attorney General of the United States*; Kristi Noem, *in her official capacity as Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*,

       Respondents.

This matter is before the Court on Petitioner Jose L.M.S.'s petition for writ of habeas corpus (the "Petition"). (Doc. No. 1.) Based on the Court's review of the record in this case, **IT IS HEREBY ORDERED** that:

1. Respondents are ordered to file an answer to the Petition (Doc. No. [1]) by January 23, 2026, at 12:00 p.m. CT, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not issue in this case.

2. The answer should include a reasoned memorandum of law and fact addressing each count of the Petition, as well as any supporting documentation that may be needed to establish the lawfulness of Petitioner's arrest and/or continued confinement.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by January 25, 2026, at 12:00 p.m. CT.

4. Respondents, or any other person, entity, or agency of the government, or anyone acting in concert with Respondents or the government, are **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of this action.

5. If Petitioner has already been moved from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

Dated:  January 20, 2026                               s/Donovan W. Frank
                                                                     DONOVAN W. FRANK
                                                                     United States District Judge