# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Luis Martinez Segovia

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00474-DWF-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's writ of habeas corpus (Doc. No. [1]) is **GRANTED**.

a. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

b. Respondents are **ORDERED** to immediately release Petitioner from detention.

c. Within three (3) days of the date of this Order, Respondents shall provide the Court with a status update concerning Petitioner's release.

Date: 1/25/2026

KATE M. FOGARTY, CLERK